**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA f/u/b** | ) |
| **C.R. CALDERON CONSTRUCTION, INC.** | ) |
| **5104 Branchville Road** | ) |
| **College Park, Maryland 20740** | ) |
|  | ) |
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| **TRAVELERS CASUALTY AND SURETY** | ) |
| **COMPANY OF AMERICA** | ) |
| **One Tower Square** | ) |
| **Hartford, Connecticut 06183** | ) |
|  | ) |
| *Registered Agent:* | ) |
| **Corporation Service Co.** | ) |
| **1090 Vermont Avenue, NW, Suite 430** | )   **CASE NO:** |
| **Washington, DC 20005** | ) |
|  | ) |
| **CONTINENTAL INSURANCE COMPANY** | ) |
| **333 S. Wabash Avenue** | ) |
| **Chicago, Illinois 60604** | ) |
|  | ) |
| *Registered Agent*: | ) |
| **CT Corporation** | ) |
| **1015 15th St., NW, Suite 1000** | ) |
| **Washington, DC 20005** | ) |
|  | ) |
| **And,** | ) |
|  | ) |
| **LIBERTY MUTUAL INSURANCE COMPANY** | ) |
| **175 Berkley Street** | ) |
| **Boston, Massachusetts 02117** | ) |
|  | ) |
| *Registered Agent*: | ) |
| **Corporation Service Co.** | ) |
| **1090 Vermont Avenue, NW, Suite 430** | ) |
| **Washington, DC 20005** | ) |
| *Defendants.* | ) |
|  | ) |

# COMPLAINT
# FOR MONEY DAMAGES PURSUANT TO
# THE MILLER ACT

Plaintiff, United States of America for the Use and Benefit of C.R. Calderon Construction, Inc. ("CRC"), by counsel and sues Travelers Casualty and Surety Company of America, Continental Insurance Company and Liberty Mutual Insurance Company ("Sureties") and avers as follows:

## JURISDICTION

1. This Court has jurisdiction of this matter pursuant to 40 U.S.C. Sections 3131 et. seq. (the "Miller Act") and Venue is proper in this Court because the Project which is the subject of this cause of action is the Hoover Building located in the District of Columbia.

2. CRC is a Maryland Corporation with its principal place of business in College Park, Maryland but at all times relevant hereto was qualified to transact business in the District of Columbia.

3. CRC is engaged in the construction industry primarily supplying and installing drywall and acoustical work.

4. Upon information and belief, Travelers Casualty and Surety Company of America is a Connecticut corporation and is qualified to transact business in the District of Columbia as a surety company issuing payment bonds.

5. Upon information and belief, Continental Insurance Company is a Pennsylvania Insurance Company and is qualified to transact business in the District of Columbia as a surety company issuing payment bonds.

6. Upon information and belief, Liberty Mutual Insurance Company is a Massachusetts insurance company and is qualified to transact business in the District of Columbia as a surety company issuing payment bonds.

7. The United States acting by and through the General Services Administration ("Owner" or "GSA") awarded a construction contract to Gilbane-Grunley Joint Venture located at 15020 Shady Grove Road, Rockville, Maryland ("Joint Venture") for the Hoover Building Modernization, Phases 2 and 3 located at 1401 Constitution Avenue, N.W. Washington, D.C. ("Project").

8. Pursuant to the requirements of the contract between the Joint Venture and GSA, the Joint Venture was required to provide a payment bond for the protection of those supplying labor, material, and equipment to the Project pursuant to the requirements of the Miller Act.

9. The payment bonds for the Project were provided by Travelers Casualty and Surety Company of America, Continental Insurance Company and Liberty Mutual Insurance Company ("Sureties").  A copy of the payment bonds are attached hereto as Exhibit 1.

10. Pursuant to an agreement between the Joint Venture and CRC, CRC was to perform drywall, acoustical and ceiling tile assemblies as more fully set forth in the plans and specifications provided to CRC by the Joint Venture ("Subcontract").

11. At the request and direction of the Joint Venture, CRC was directed to work overtime and perform work beyond the scope of its Subcontract with the Joint Venture.

12. CRC timely submitted work tickets and requests for an equitable adjustment to the Joint Venture ("Claims").

13. These tickets and requests for adjustment began in August of 2013.

14. The Joint Venture alleged that some of the added work was the responsibility of the Owner and the Joint Venture would not make payment to CRC in reliance on the "pay-when-paid" provision in the Subcontract.

15. The Joint Venture failed and refused to provide any detail on what claims it considered the responsibility of the Owner and which claims, if any, the Joint Venture was to pay CRC.

16. Upon information and belief and in breach of the implied duty of good faith and fair dealing, the Joint Venture did not timely submit the claims to GSA.

17. The total value of the work performed is $592,093.61 which remains unpaid.

18. It has been more than 90 days and less than one year from the performance of the work relating to these claims.

19. All conditions precedent to maintain this Action have been satisfied.

20. Despite demand, the Sureties have failed and refused to make payment.

WHEREFORE, C.R. Calderon Construction, Inc. respectfully requests judgment against Travelers Casualty and Surety Company of America, Continental Insurance Company and

Liberty Mutual Insurance Company, jointly and severally, in the amount of $592,093.61, plus interest, costs and such other relief as the Court deems appropriate.

Respectfully submitted by,

 /s/ *Leonard A. Sacks*
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470 | Fax (301) 738-3705
lsacks@laspc.net

*Counsel for C. R. Calderon Construction, Inc.*
